USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
FRANKIE MONEGRO,

                Plaintiff,

      -against-

ADAFRUIT INDUSTRIES LLC,

                Defendant.
-------------------------------------------------------- X

21-CV-1284 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on February 12, 2021, (Doc. 1), and filed an affidavit of service on April 19, 2021, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was April 13, 2021. (*Id.*) To date, Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 20, 2021. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 21, 2021
          New York, New York

_____
VERNON S. BRODERICK
United States District Judge