UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

FRANKIE MONEGRO, on behalf of himself
and all others similarly situated,

                          Plaintiff,

-against-

ADAFRUIT INDUSTRIES LLC,

                          Defendant.

------------------------------------------------------------------x

Civil Case No:  1:21-cv-1284

**ANSWER**

        Defendant Adafruit Industries LLC ("Defendant" or "Adafruit"), by and through its undersigned attorneys, Jackson Lewis P.C., for its Answer to Plaintiff's Complaint ("the Complaint") herein, states as follows:

### AS TO "INTRODUCTION"

        1.      Defendant denies the allegations set forth in Paragraph 1 of the Complaint, except admits that Plaintiff purports to seek the relief stated.

        2.      Defendant denies knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 2 of the Complaint, except admits that Plaintiff purports to seek the relief stated.

        3.      Defendant denies knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 3 of the Complaint.

        4.      Defendant denies the allegations set forth in Paragraph 4 of the Complaint, except admits that Plaintiff purports to seek the relief stated.

        5.      Defendant denies allegations set forth in in Paragraph 5 of the Complaint, except admits that Plaintiff purports to seek the relief stated.

## AS TO "JURISDICTION AND VENUE"

6.      Defendant denies the allegations set forth in Paragraph 6 of the Complaint, except admit that Plaintiff purports to proceed as alleged therein.

7.      Defendant denies the allegations set forth in Paragraph 7 of the Complaint.

8.      Defendant denies the allegations set forth in Paragraph 8 of the Complaint, except admit that Plaintiff purports to proceed as alleged therein.

9.      Defendant denies the allegations set forth in Paragraph 9 of the Complaint, except admit that Plaintiff purports to proceed as alleged therein.

10.     The allegations set forth in Paragraph 10 of the Complaint constitute a legal conclusion that does not require a response. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 10 of the Complaint.

## AS TO "THE PARTIES"

11.     Defendant denies knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 11 of the Complaint.

12.     Defendant denies knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 12 of the Complaint.

13.     Defendant denies the allegations set forth in Paragraph 13 of the Complaint, except admits that Defendant is a single member LLC operating in New York City.

14.     The allegations set forth in Paragraph 14 of the Complaint constitute a legal conclusion that does not require a response. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 14 of the Complaint.

## AS TO "NATURE OF ACTION"

15.     Defendant denies the allegations set forth in Paragraph 15 of the Complaint.

2

16.    Defendant denies the allegation set forth in Paragraph 16 of the Complaint.

17.    Defendant denies the allegations set forth in Paragraph 17 of the Complaint.

18.    Defendant denies the allegations set forth in Paragraph 18 of the Complaint.

19.    Defendant denies the allegations set forth in Paragraph 19 of the Complaint.

20.    Defendant denies the allegations set forth in Paragraph 20 of the Complaint.

## AS TO "STATEMENT OF FACTS"

21.    Defendant denies the allegations set forth in Paragraph 21 of the Complaint, except admits that it operates www.adafruit.com.

22.    Defendant denies the allegations set forth in Paragraph 22 of the Complaint, except admits that it offers products for sale online.

23.    Defendant denies knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 23 of the Complaint.

24.    Defendant denies the allegations set forth in Paragraph 24 of the Complaint.

25.    Defendant denies the allegations set forth in Paragraph 25 of the Complaint.

26.    Defendant denies the allegations set forth in Paragraph 26 of the Complaint.

27.    Defendant denies the allegations set forth in Paragraph 27 of the Complaint.

28.    Defendant denies the allegations set forth in Paragraph 28 of the Complaint

29.    Defendant denies the allegation set forth in Paragraph 29 of the Complaint.

30.    Defendant denies the allegations set forth in Paragraph 30 of the Complaint.

31.    Defendant denies the allegations set forth in Paragraph 31 of the Complaint.

32.    Defendant denies the allegations set forth in Paragraph 32 of the Complaint.

33.    Defendant denies the allegations set forth in Paragraph 33 of the Complaint.

34.    Defendant denies the allegations set forth in Paragraph 34 of the Complaint.

35.    Defendant denies the allegations set forth in Paragraph 35 of the Complaint.

36.    Defendant denies the allegations set forth in Paragraph 36 of the Complaint, except admits that Plaintiff purports to seek the relief stated.

37.    Defendant denies the allegations set forth in Paragraph 37 of the Complaint.

38.    Defendant denies the allegations set forth in Paragraph 38 of the Complaint.

39.    Defendant denies the allegations set forth in Paragraph 39 of the Complaint.

40.    Defendant denies the allegations set forth in Paragraph 40 of the Complaint.

## AS TO "CLASS ACTION ALLEGATIONS"

41.    Defendant denies the allegations set forth in Paragraph 41 of the Complaint, except admits that Plaintiff purports to seek the relief stated.

42.    The allegations set forth in Paragraph 42 of the Complaint constitute a legal conclusion that does not require a response. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 42 of the Complaint.

43.    Defendant denies the allegations set forth in Paragraph 43 of the Complaint.

44.    Defendant denies the allegations set forth in Paragraph 44 of the Complaint.

45.    Defendant denies the allegations set forth in Paragraph 45 of the Complaint.

46.    Defendant denies the allegations set forth in Paragraph 46 of the Complaint.

47.    Defendant denies the allegations set forth in Paragraph 47 of the Complaint.

## AS TO "FIRST CAUSE OF ACTION
## VIOLATIONS OF THE ADA, 42 U.S.C. § 12181 *et seq.*"

48.    Defendant repeats and re-alleges each and every response set forth in Paragraphs 1 through 47 above, as though fully set forth herein, in response to Paragraph 48 of the Complaint.

4

49.	Defendant denies the allegations set forth in Paragraph 49 of the Complaint and respectfully refers the Court to the statute and implementing regulations for the accurate requirements of the law.

50.	The allegations set forth in Paragraph 50 of the Complaint constitute a legal conclusion that does not require a response. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 50 of the Complaint.

51.	The allegations set forth in Paragraph 51 of the Complaint constitute a legal conclusion that does not require a response. To the extent a response is required, Defendant admits the allegations set forth in Paragraph 51 of the Complaint.

52.	The allegations set forth in Paragraph 52 of the Complaint constitute a legal conclusion that does not require a response. To the extent a response is required, Defendant admits the allegations set forth in Paragraph 52 of the Complaint.

53.	The allegations set forth in Paragraph 53 of the Complaint constitute a legal conclusion that does not require a response. To the extent a response is required, Defendant admits the allegations set forth in Paragraph 53 of the Complaint.

54.	Defendant denies the allegations set forth in Paragraph 54 of the Complaint, except denies knowledge or information sufficient to form a belief as to Plaintiff's physical disability.

55.	The allegations set forth in Paragraph 55 of the Complaint constitute a legal conclusion that does not require a response. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 55 of the Complaint, except admits that Plaintiff purports to seek the relief stated.

## AS TO "SECOND CAUSE OF ACTION
## VIOLATIONS OF THE NYCHRL"

56.    Defendant repeats and re-alleges each and every response set forth in Paragraphs 1 through 55 above, as though fully set forth herein, in response to Paragraph 56 of the Complaint.

57.    Defendant denies the allegations set forth in Paragraph 57 of the Complaint and respectfully refers the Court to the statute cited therein for its accurate requirements.

58.    The allegations set forth in Paragraph 58 of the Complaint constitute a legal conclusion that does not require a response. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 58 of the Complaint.

59.    Defendant denies the allegations set forth in Paragraph 59 of the Complaint.

60.    Defendant denies the allegations set forth in Paragraph 60 of the Complaint.

61.    Denies the allegations set forth in Paragraph 61 of the Complaint and respectfully refers the Court to the statute cited therein for its accurate requirements.

62.    Defendant denies the allegations set forth in Paragraph 62 of the Complaint.

63.    Defendant denies the allegations set forth in Paragraph 63 of the Complaint.

64.    Defendant denies the allegations set forth in Paragraph 64 of the Complaint.

65.    Defendant denies the allegations set forth in Paragraph 65 of the Complaint.

66.    Defendant denies the allegations set forth in Paragraph 66 of the Complaint.

67.    Defendant denies the allegations set forth in Paragraph 67 of the Complaint.

68.    Defendant denies the allegations set forth in Paragraph 68 of the Complaint, except admits that Plaintiff purports to seek the relief stated.

## AS TO "THIRD CAUSE OF ACTION
## DECLARATORY RELIEF"

69.    Defendant repeats and re-alleges each and every response set forth in Paragraphs 1 through 68 above, as though fully set forth herein, in response to Paragraph 69 of the Complaint.

70.    Defendant denies the allegations set forth in Paragraph 68 of the Complaint.

71.    Defendant denies the allegations set forth in Paragraph 71 of the Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

72.    Plaintiff's Complaint fails, in whole or in part, to state a claim upon which relief can be granted or for which the damages sought can be awarded against Defendant.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

73.    Plaintiff is not entitled to recover any equitable relief based on the doctrine of unclean hands.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

74.    Plaintiff's Complaint should be dismissed because at all times relevant hereto, Defendant acted in good faith and did not violate any rights which may be secured to Plaintiff under any federal, state, or local laws, rules, regulations, or guidelines.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

75.    Plaintiff's claims are barred, in whole or in part, because Plaintiff did not suffer any damages attributable to any alleged wrongful conduct by Defendant.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

76.    Plaintiff's Complaint fails to state a claim, in whole or in part, for which punitive damages may be awarded.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

77.    Plaintiff's Complaint fails to state a claim, in whole or in part, for which compensatory damages may be awarded.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

78.    Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitation.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

79.    Plaintiff's claims are moot and should be dismissed.

## RESERVATION OF RIGHTS

80.    In further answer, Defendant reserves the right to add additional defenses and make further claims as may be warranted by discovery.

WHEREFORE, Defendant respectfully requests that this Court:

1.    Dismiss Plaintiff's Complaint in its entirety and all claims for relief set forth therein, with prejudice;

2.    Deny each and every demand for relief as set forth in Plaintiff's Complaint;

3.    Award Defendant the reasonable attorneys' fees and costs it incurs in defending this action, and

4.    Grant such other and further relief as this Court may find to be just and proper.

Dated:   May 13, 2021                                Respectfully submitted,
         White Plains, New York                      JACKSON LEWIS P.C.

                                                     44 South Broadway, 14th Floor
                                                     White Plains, NY 10601
                                                     (914) 872-8060
                                                     (914) 946-1216 Facsimile

                                                     By: /s/ Joseph J. Lynett_____
                                                     Joseph J. Lynett
                                                     Samantha M. Ojo
                                                     Joseph.Lynett@jacksonlewis.com
                                                     Samantha.Ojo@jacksonlewis.com
                                                     *Attorneys for Defendant*

9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

FRANKIE MONEGRO, on behalf of himself
and all others similarly situated,

                       Plaintiff,

-against-                              Civil Case No:  1:21-cv-1284

ADAFRUIT INDUSTRIES LLC,

                       Defendant.

-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

        This is to certify that a true and correct copy of the foregoing Answer was electronically filed and served via ECF on this 12th day of May, 2021, on the following:

Mark Rozenberg, Esq.
Stein Saks, PLLC
285 Passaic Street
Hackensack, NJ 07601
mrozenberg@steinsakslegal.com
*Attorneys for Plaintiff*

                                 /s/ Maria Grosso_____
                                 Maria Grosso